IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEORGE CHARLES,<br><br>    PLAINTIFF,<br><br>    V.<br><br>LIEUTENANT WIBERG, # 51, et. al.,<br><br>    DEFENDANTS | Case No: 16-cv-679<br><br>Judge: Blakey |

**JOINT STATUS REPORT**

PLAINTIFF GEORGE CHARLES, by and through one of his attorneys, Kara Amouyal, Esq. of The Blake Horwitz Law Firm, Ltd., and DEFENDANT CITY OF CHICAGO by and through one of its attorneys, Larry Kowalczyk, Esq. of Querrey & Harrow respectfully submit this joint status report:

1. **The Nature of the Case**

    a. <u>Attorneys of Record</u>: For the Plaintiff: Blake Horwitz (lead trial attorney) and Kara Amouyal. For Defendant City: Lawrence Kowalczyk (lead trial attorney) and Megan Monaghan.

    b. <u>Jurisdiction</u>: This Court has jurisdiction over Plaintiff's federal claims pursuant to the Fourth and Fourteenth Amendments to the U.S. Constitution, 42 U.S.C. §1983, and 28 U.S.C. §§1331 and 1343(a). This Court has jurisdiction over Plaintiff's state law claims pursuant to the Court's supplemental jurisdiction under 28 U.S.C. §1367(a).

    c. <u>Nature of the Claims</u>: Plaintiff alleges that on or about May 14, 2014, Defendant Officers entered Plaintiff's neighbor's backyard located next to Plaintiff's home at 11611 S. Racine Ave., Chicago, Illinois without consent. Plaintiff alleges that the

Defendant Officers subjected Plaintiff to excessive force and arrested the Plaintiff without probable cause. Plaintiff further alleges that the Defendant Officers failed to intervene in other Defendant Officers' actions and that Lt. Wiberg and Sgt. Love approved, facilitated, condoned and/or ordered the actions of the Defendant Officers. Defendant City denies these allegations and any wrongdoing on behalf of the named Defendant Officers. Defendants make no representations in relation to the "unknown officers" named as defendants.

d. <u>Major Legal and Factual Issues</u>:
   1. Whether the Defendants had probable cause to arrest the Plaintiff.
   2. Whether the Defendants used excessive force against the Plaintiffs.
   3. Whether the Defendants committed batteries upon the Plaintiffs.
   4. Whether the Defendants had a reasonable opportunity to intervene and failed to do so.
   5. Whether Lt. Wiberg and Sgt. Love are liable in their supervisory capacity as well as individual capacity.
   6. Whether the Defendant Officers are entitled to qualified immunity.
   7. Whether Plaintiffs are entitled to compensatory damages as a result of Defendants' alleged conduct.
   8. Whether Defendants' alleged conduct was malicious or in reckless disregard of Plaintiffs' rights, thus entitling Plaintiffs to punitive damages.

e. <u>Relief</u>: Plaintiff seeks compensatory and punitive damages, costs and attorneys' fees.

2. **<u>Pending Motions and Case Plan</u>**

   a. <u>Pending Motions</u>: There are no pending motions.

   b. <u>Discovery and Case Management Plan</u>:

      1. Defense Counsel has appeared for Defendant City of Chicago. Once it has been confirmed that the Defendant Officers have been served, Defense Counsel will also appear on their behalf.

      2. Discovery is needed on the issues of liability and Plaintiff's injuries

      3. Rule 26(a)(1) disclosures will be completed by April 30, 2016.

      4. Initial written discovery will be issued by April 30, 2016.

      5. The parties anticipate entering into a protective order concerning Plaintiff's medical information.

      6. Fact discovery will be completed by October 31, 2016.

      7. The parties do not anticipate retained experts. However, should the parties wish to retain experts, Plaintiff's expert reports are due by November 30, 2016. Defendants' expert reports are due by January 31, 2017. Expert discovery will be concluded by March 31, 2017.

      8. All potentially dispositive motions will be filed by March 31, 2017.

      9. The case will be ready to try by August 1, 2017.

   c. A jury trial is requested. The parties anticipate that trial will last five days.

3. **<u>Consent to Proceed Before a Magistrate Judge</u>**

   The parties do not consent to proceed before a magistrate judge.

**4. Status of Settlement Discussions**

There are no settlement discussions pending and the parties do not request a settlement conference.

Respectfully submitted,

/s/ Kara Amouyal, Esq.
The Blake Horwitz Law Firm, Ltd
111 W. Washington
Suite 1611
(312) 676-2100
Email: kamouyal@bhlfattorneys.com
***Counsel for Plaintiff***

/s/ Lawrence S. Kowalczyk
Lawrence S. Kowalczyk
Megan K. Monaghan
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: lkowalczyk@querrey.com
mmonaghan@querrey.com
***Counsel for Defendant City of Chicago***